UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 10-cr-159-01-JL

<u>Guy Velez</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to March 14, 2011, 11:00 AM; Trial is continued to the two-week period beginning March 22, 2011, 9:30 AM.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: December 15, 2010

cc:  Jessica Brown, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation