UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Criminal No. 10-cr-159-01-JL

<u>Guy Velez</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is scheduled to May 27, 2011 at 10:00 AM; Trial is continued to the two-week period beginning June 7, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date:  March 30, 2011

cc:  Jessica Brown, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation